No. 10-5015. Cory Colvin, Petitioner v. Michael Sheets, Warden.

562 U.S. 899, 131 S. Ct. 228, 178 L. Ed. 2d 152, 2010 U.S. LEXIS 6052.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

Same case below, 598 F.3d 242.

No. 10-5016. Ryan Wesley Kuhs, Petitioner v. Arizona.

562 U.S. 899, 131 S. Ct. 228, 178 L. Ed. 2d 152, 2010 U.S. LEXIS 6196.

October 4, 2010. Petition for writ of certiorari to the Supreme Court of Arizona denied.

Same case below, 223 Ariz. 376, 224 P.3d 192.

No. 10-5017. Terry W. Lewis, Petitioner v. United States.

562 U.S. 899, 131 S. Ct. 229, 178 L. Ed. 2d 152, 2010 U.S. LEXIS 6070.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the First Circuit denied.

No. 10-5018. James Long, Petitioner v. United States.

562 U.S. 899, 131 S. Ct. 229, 178 L. Ed. 2d 152, 2010 U.S. LEXIS 6219.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

Same case below, 369 Fed. Appx. 992.

No. 10-5020. William Mangino, II, Petitioner v. Pennsylvania.

562 U.S. 899, 131 S. Ct. 229, 178 L. Ed. 2d 152, 2010 U.S. LEXIS 6141.

October 4, 2010. Petition for writ of certiorari to the Superior Court of Pennsylvania, Harrisburg Office, denied.

Same case below, 981 A.2d 926.

No. 10-5021. Tarone Jones, Petitioner v. United States.

562 U.S. 899, 131 S. Ct. 229, 178 L. Ed. 2d 152, 2010 U.S. LEXIS 6180.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied.

Same case below, 596 F.3d 881.

No. 10-5023. Leonard Sapp, Petitioner v. United States.

562 U.S. 899, 131 S. Ct. 229, 178 L. Ed. 2d 152, 2010 U.S. LEXIS 6020.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

Same case below, 370 Fed. Appx. 63.